**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Felix Lopez
522 John Ross Parkway
Suite 107
Rock Hill, SC
29730

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X /s/ illegible     ☒ Agent   ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. DONAHUE

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)

   7012 3460 0001 9232 6578

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE
NC 282
15 AUG '14
PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Office of the Clerk
U.S. District Court, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113

13183025

2:14CV1740

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_ ☑ Agent
☐ Addressee

B. Received by (Printed Name): D Donahue
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Angel W. Lopez
512 John Ross Parkway
Suite 107
Rock Hill, SC 29730

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7012 3460 0001 9232 6585

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

NC 282
15 AUG '14
PM +1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Office of the Clerk
U.S. District Court, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113

13183025

1:14CV1740

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United Receivables Group, LLC
c/o National Corporate Research LTD
9D4 Master Drive
Galloway, OH 43119

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Amy Aaron_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Amy Aaron
C. Date of Delivery: 8-14-14

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 3460 0001 9232 6608

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Office of the Clerk
U.S. District Court, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113

4113183025