Return

From: **The Office of the Clerk**
**United States District Court, N.D. Ohio**
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

To: **Robert Rogers**
572 John Ross Parkway, Suite 107
Rock Hill, SC 29730

RETURN TO SENDER

☐ UNDELIVERABLE AS ADDRESSED
☑ ATTEMPTED NOT KNOWN
☐ INSUFFICIENT ADDRESS
☐ NO MAIL RECEPTACLE
☐ TEMPORARILY AWAY
☐ NO SUCH NUMBER  ☐ REFUSED
☐ NO SUCH STREET  ☐ VACANT
☐ IN DISPUTE  ☐ ILLEGIBLE
☐ BOX CLOSED  ☐ UNCLAIMED
☐ MLNA - UNABLE TO FORWARD

7012 3460 0001 9232 6592

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Rogers
512 John Ross Parkway
Suite 107
Rock Hill, SC 29730

1:14CV1740

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7012 3460 0001 9232 6592

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540