# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DESTINY QUIRARTE,** ) | **CASE NO. 1:14cv1740** |
| ) | |
| **Plaintiffs,** ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| vs. ) | <u>**ORDER**</u> |
| ) | |
| **UNITED RECEIVABLES GROUP, LLC,** ) | |
| **ET AL.,** ) | |
| **Defendant.** ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is dismissed with prejudice, each party to bear their own costs. The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

                                                  */s/Dan Aaron Polster 9/8/14*
                                                  **Dan Aaron Polster**
                                                  **United States District Judge**